*In re* MIGUEL A. LABORDE FREYRE.

*Número:* AB-1997-10          *Resuelto:* 7 de junio de 2001

*Gustavo A. Gelpí, Procurador General, Edda Serrano Blasini, Subprocuradora General, e Ivonne Casanova Pelosi, Procuradora General Auxiliar; Samuel Figueroa González,* de Lozada Colón, y *Luis Alberto Rivera Rivera,* abogados de la querellante; *Miguel A. Laborde Freyre, pro se.*

## RESOLUCIÓN

Vista la moción de reconsideración del peticionario, y considerando que en dicha comparecencia Miguel A. Laborde Freyre nos ha informado sobre el estado del caso

---

[45] *Rivera v. Insular Wire Products Corp.*, supra.

civil que dio lugar a la paralización de la queja presentada en su contra, se autoriza únicamente su reinstalación a la abogacía efectiva el 8 de junio de 2001.

Se le concede a la Oficina de Inspección de Notarías un término de treinta (30) días para informar la etapa en que se encuentra su investigación sobre la obra notarial de Laborde Freyre.

El licenciado Laborde Freyre deberá mantener informado a este Tribunal cada noventa (90) días sobre el estado del caso *José R. Freyre y Dorys P. Freyre v. Miguel A. Laborde Freyre*, caso Civil Núm. DDP 1997-0356 (1004), bajo apercibimiento de severas sanciones disciplinarias.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. La Juez Asociada Señora Naveira de Rodón no intervino. El Juez Asociado Señor Rivera Pérez se inhibió.

(*Fdo.*) Isabel Llompart Zeno
*Secretaria del Tribunal Supremo*